IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WALTER S. WILLIAMS #B076684
                Petitioner         :

                v.               :   CIVIL ACTION NO. JFM-06-2421

STATE OF BALTO MARYLAND     :
                Respondent

### MEMORANDUM

On September 14, 2006, petitioner, presently incarcerated at the Desoto Correctional Institution Annex in Arcadia, Florida, filed a *pro se* "Motion for Expungement" asking that an escape conviction be expunged so that his present custody level can be lowered. Because he appears to be indigent, he will be afforded leave to file in forma pauperis. The motion, however, will be dismissed without prejudice, because it is deficient.

Rule 8(a) of the Federal Rules of Civil Procedure requires a pleading to contain a short and plain statement of the claim showing that the pleader is entitled to relief. Petitioner does not provide basic information concerning his escape charge, such as the court in which the conviction was obtained and the approximate date of conviction. Absent this information, it is impossible to determine whether this court has jurisdiction to even consider the claim. For that reason, the Motion shall be dismissed without prejudice by way of separate order.

September 25, 2006                      /s/
(Date)                                J. Frederick Motz
                                  United States District Judge